IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01211-ZLW

RONALD JENNINGS FOGLE,

        Plaintiff(s)

v.

CAPTAIN PERSON, C.DOC, Committee Member and Chairperson at (D.R.D.C.),
MR. WILLIAM BOKROS, C.DOC, Administrative Head/Director at (D.R.D.C.),
LT. GEORGE MESKIMEN, C.DOC, Initiating Employee at (D.R.D.C.),
FOSNOT, C.DOC, Case Manager, Committee Member at (D.R.D.C.),
S. EGAN, C.DOC, Case Manager, Committee Member at (D.R.D.C.),
LT. NORTON, C.DOC, Programmer at (D.R.D.C.),
UNKNOWN DEFENDANT #1, C.DOC, Correctional Officer at (D.R.D.C.),
UNKNOWN DEFENDANT #2, C.DOC, Correctional Officer at (D.R.D.C.),
UNKNOWN DEFENDANT #3, C.DOC, Correctional Officer at (D.R.D.C.),
JOHN R. CLARKSON, C.DOC, Committee Member at (S.C.F.),
C. WIERZHICKI, C.DOC, Committee Member at (S.C.F.),
McMONAGLE, C.DOC, Case Manager, Committee Member at (S.C.F.),
PAUL WILLIAM, C.DOC, Committee Member at (S.C.F.),
T. CHASE, C.DOC, Administrative Head at (S.C.F.),
NICHELS, C.DOC, Case Manager, Committee Member at (S.C.F.),
M. EMILY, C.DOC, Administrative Head at (S.C.F.),
CATHY SLACK, C.DOC, Administrative Head at (C.S.P.),
V. RIDDLE, C.DOC, Committee Chairperson at (C.S.P.),
J. HUNTER, C.DOC, Case Manager, Committee Member at (C.S.P.),
J. CARROLL, C.DOC, Committee Chairperson at (C.S.P.),
D. COMB, C.DOC, Case Manager, Committee Member at (C.S.P.), and
JOE ORTIZ, C.DOC, Executive Director,

        Defendants.

## ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

      Plaintiff submitted a Notice of Appeal on August 25, 2005.  The court has determined that the document is deficient as described in this order.  Plaintiff will be directed to cure the following

if he wishes to pursue this appeal.

**(A)** **Filing Fee**
    X   is not submitted

**(B)** **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
- X is not submitted
- ___ is missing affidavit
- ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
- ___ is missing required financial information
- ___ is missing an original signature by the prisoner
- ___ is not on proper form (must use the court's current form)
- ___ other_____

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this __24__ day of _____August_____, 2005.

BY THE COURT:

S/ Zita L. Weinshienk

ZITA L. WEINSHIENK, Senior Judge
United States District Court