IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 3 - 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01211-ZLW

RONALD JENNINGS FOGLE,

    Plaintiff,

v.

CAPTAIN PIERSON, C.DOC, Committee Member and Chairperson at (D.R.D.C.),
MR. WILLIAM BOKROS, C.DOC, Administrative Head/Director at (D.R.D.C.),
LT. GEORGE MESKIMEN, C.DOC, Initiating Employee at (D.R.D.C.),
FOSNOT, C.DOC, Case Manager, Committee Member at (D.R.D.C.),
S. EGAN, C.DOC, Case Manager, Committee Member at (D.R.D.C.),
LT. NORTON, C.DOC, Programmer at (D.R.D.C.),
UNKNOWN DEFENDANT #1, C.DOC, Correctional Officer at (D.R.D.C.),
UNKNOWN DEFENDANT #2, C.DOC, C/O at (D.R.D.C.),
UNKNOWN DEFENDANT #3, C.DOC, C/O at (D.R.D.C.),
JOHN R. CLARKSON, C.DOC, Committee Member at (S.C.F.),
C. WIERZHICKI, C.DOC, Committee Member at (S.C.F.),
McMONAGLE, C.DOC, Case Manager, Committee Member at (S.C.F.),
PAUL WILLIAM, C.DOC, Committee Member at (S.C.F.),
T. CHASE, C.DOC, Administrative Head at (S.C.F.),
NICHELS, C.DOC, Case Manager, Committee Member at (S.C.F.),
M. EMILY, C.DOC, Administrative Head at (S.C.F.),
CATHY SLACK, C.DOC, Administrative Head at (C.S.P.),
V. RIDDLE, C.DOC, Committee Chairperson at (C.S.P.),
J. HUNTER, C.DOC, Case Manager, Committee Member at (C.S.P.),
J. CARROLL, C.DOC, Committee Chairperson at (C.S.P.),
D. COMB, C.DOC, Case Manager, Committee Member at (C.S.P.), and
JOE ORTIZ, CDOC, Executive Director,

    Defendants.

---

ORDER REINSTATING AND DRAWING CASE
TO A DISTRICT JUDGE AND A MAGISTRATE JUDGE

---

Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed in this action on March 27, 2006, this civil action is reinstated. The action will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed in this action on March 27, 2006. It is

FURTHER ORDERED that this action shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 3 day of April, 2006.

BY THE COURT:

*Zita L. Weinshienk*
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01211-ZLW

Ronald Jennings Fogle
Prisoner No. 106339
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on \_\_4-3-06\_\_

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk