IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 3 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01211-PSF-CBS

RONALD JENNINGS FOGLE,

    Plaintiff,

v.

CAPTAIN PIERSON, C.DOC, Committee Member and Chairperson at (D.R.D.C.),
MR. WILLIAM BOKROS, C.DOC, Administrative Head/Director at (D.R.D.C.),
LT. GEORGE MESKIMEN, C.DOC, Initiating Employee at (D.R.D.C.),
FOSNOT, C.DOC, Case Manager, Committee Member at (D.R.D.C.),
S. EGAN, C.DOC, Case Manager, Committee Member at (D.R.D.C.),
LT. NORTON, C.DOC, Programmer at (D.R.D.C.),
UNKNOWN DEFENDANT #1, C.DOC, Correctional Officer at (D.R.D.C.),
UNKNOWN DEFENDANT #2, C.DOC, C/O at (D.R.D.C.),
UNKNOWN DEFENDANT #3, C.DOC, C/O at (D.R.D.C.),
JOHN R. CLARKSON, C.DOC, Committee Member at (S.C.F.),
C. WIERZHICKI, C.DOC, Committee Member at (S.C.F.),
McMONAGLE, C.DOC, Case Manager, Committee Member at (S.C.F.),
PAUL WILLIAM, C.DOC, Committee Member at (S.C.F.),
T. CHASE, C.DOC, Administrative Head at (S.C.F.),
NICHELS, C.DOC, Case Manager, Committee Member at (S.C.F.),
M. EMILY, C.DOC, Administrative Head at (S.C.F.),
CATHY SLACK, C.DOC, Administrative Head at (C.S.P.),
V. RIDDLE, C.DOC, Committee Chairperson at (C.S.P.),
J. HUNTER, C.DOC, Case Manager, Committee Member at (C.S.P.),
J. CARROLL, C.DOC, Committee Chairperson at (C.S.P.),
D. COMB, C.DOC, Case Manager, Committee Member at (C.S.P.), and
JOE ORTIZ, CDOC, Executive Director,

    Defendants.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: April 11, 2006

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01211-PSF-CBS

Ronald Jennings Fogle
Prisoner No. 106339
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

Captain Pierson, William Bokros, Lt. George Meskimen, Fosnot, S. Egan,
Lt. Norton, Unknown Defendant 1, Unknown Defendant 2, Unknown Defendant 3,
John R. Clarkson, C. Wierzhicki, McMonagle, Paul William, T. Chase, Nichels, M. Emily,
Cathy Slack, V. Riddle, J. Hunter, J. Carroll, D. Comb, and Joe Ortiz – WAIVER
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
2862 S. Circle Drive, Suite 400
Colorado Springs, CO 80906-4122
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Captain Pierson, William Bokros, Lt. George Meskimen, Fosnot, S. Egan, Lt. Norton, Unknown Defendant 1, Unknown Defendant 2, Unknown Defendant 3, John R. Clarkson, C. Wierzhicki, McMonagle, Paul William, T. Chase, Nichels, M. Emily, Cathy Slack, V. Riddle, J. Hunter, J. Carroll, D. Comb, and Joe Ortiz: COMPLAINT FILED 6/30/05, MEMORANDUM OF LAW IN SUPPORT OF § 1983, SUMMONS, WAIVER, AND CONSENT FORM on 4/13/06.

GREGORY C. LANGHAM, CLERK

By _____
         Deputy Clerk