IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01211-PSF-CBS

RONALD JENNINGS FOGLE,

     Plaintiff,

v.

CAPTAIN PIERSON, C.DOC, Committee Member and Chairperson at (D.R.D.C.);
WILLIAM BOKROS, C.DOC, Administrative Head/Director at (D.R.D.C.);
LT. GEORGE MESKIMEN, C.DOC, Initiating Employee at (D.R.D.C.);
FOSNOT, C.DOC, Case Manager, Committee Member at (D.R.D.C.);
S. EGAN, C.DOC, Case Manager, Committee Member at (D.R.D.C.);
LT. NORTON, C.DOC, Programmer at (D.R.D.C.);
UNKNOWN DEFENDANT #1, C.DOC, Correctional Officer at (D.R.D.C.);
UNKNOWN DEFENDANT #2, C.DOC, Correctional Officer at (D.R.D.C.);
UNKNOWN DEFENDANT #3, C.DOC, Correctional Officer at (D.R.D.C.);
JOHN R. CLARKSON, C.DOC, Committee Member at (S.C.F.);
C. WIERZHICKI, C.DOC, Committee Member at (S.C.F.);
McMONAGLE, C.DOC, Case Manager, Committee Member at (S.C.F.);
PAUL WILLIAM, C.DOC, Committee Member at (S.C.F.);
T. CHASE, C.DOC, Administrative Head at (S.C.F.);
NICHELS, C.DOC, Case Manager, Committee Member at (S.C.F.);
M. EMILY, C.DOC, Administrative Head at (S.C.F.);
CATHY SLACK, C.DOC, Administrative Head at (D.S.P.);
V. RIDDLE, C.DOC, Committee Chairperson at (D.S.P.);
J. HUNTER, C.DOC, Case Manager, Committee Member at (C.S.P.);
J. CARROLL, C.DOC, Committee Chairperson at (C.S.P.);
D. COMB, C.DOC, Case Manager, Committee Member at (C.S.P.); and
JOE ORTIZ, C.DOC, Executive Director,

     Defendants.

---

## ORDER ON PLAINTIFF'S "LETTER TO JUDGE FIGA" FILED APRIL 25, 2006

---

This matter comes before the Court on this *pro se* plaintiff's filing of April 25,

2006 (Dkt. # 30) captioned "Plaintiff's Letter to Judge Figa."  The filing appears to

be a request to the Court to stay the requirement contained in the Court's Order of Reference to the Magistrate Judge (Dkt. # 26) dated April 17, 2006 requiring plaintiff to effect service on all the defendants no later than May 17, 2006, until the United States Supreme Court rules on plaintiff's Petition for Writ of Certiorari from the Mandate of the Tenth Circuit issued on March 27, 2006 (Dkt. # 22).

The Court notes that by Order entered April 13, 2006, the Court directed that service of plaintiff's complaint be made by the U.S. Marshal's Service, or a waiver of service obtained.  On April 18, 2006, the U.S. Marshal filed a waiver and acceptance of service from the Colorado Department of Corrections ("DOC") for all but five of the named defendants (Dkt. # 28).  The remaining five named defendants no longer are employed by the DOC.

Pursuant to plaintiff's request to stay his obligation to effect service, the Court hereby orders that any further efforts to serve the complaint may be suspended until the United States Supreme Court rules on plaintiff's Petition for a Writ of Certiorari. In addition, the Court orders that the defendants who have already had service accepted for them by the waiver need not file answers or any responsive pleading until further order of this Court.  The parties are DIRECTED to notify this Court of the Supreme Court's ruling within ten (10) days of their receipt of same.

Dated: May 19, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge