IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01211-PSF-CBS

RONALD JENNINGS FOGLE,
    Plaintiff,
v.

CAPTAIN PIERSON, C.D.O.C., Committee Member and Chairperson at D.R.D.C., et al.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Fogle's "Motion to Strike Defendants['] Motion of (Combined Answer of Defendants) [sic]" (filed June 23, 2006) (doc. # 39). Pursuant to the Order of Reference dated April 17, 2006 (doc. # 26) and the memorandum dated July 3, 2006 (doc. # 41), this matter was referred to the Magistrate Judge. The court having reviewed Fogle's motion, the entire case file, and the applicable law and being sufficiently advised in the premises,

    IT IS ORDERED that Fogle's "Motion to Strike Defendants['] Motion of (Combined Answer of Defendants) [sic]" (filed June 23, 2006) (doc. # 39) is DENIED as unnecessary. Defendants' Combined Answer and Motions to Dismiss (docs. # 34, # 35, and # 36) shall remain on file pending determination of Fogle's petition for a writ of certiorari to the United States Supreme Court. As stated in the court's Minute Order dated June 19, 2006 (doc. # 38), Fogle's responses to Defendant Ortiz' Motion to Dismiss (doc. # 35) and Defendants' Combined Motion to Dismiss in Part (doc. # 36) shall be filed within thirty (30) days after a ruling on the petition for a writ of certiorari to the United States Supreme Court.

DATED at Denver, Colorado, this 5th day of July, 2006.

BY THE COURT:

   /s/   Craig B. Shaffer

United States Magistrate Judge