IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01211-PSF-CBS

RONALD JENNINGS FOGLE,
    Plaintiff,
v.

CAPTAIN PIERSON, C.D.O.C., Committee Member and Chairperson at D.R.D.C., et al.,
    Defendants.

## ORDER

This civil action comes before the court on Fogle's "Motion to Supplement or Amend Prisoner Complaint" (filed August 4, 2006) (doc. # 46). Pursuant to the Order of Reference dated April 17, 2006 (doc. # 26) and the memorandum dated August 7, 2006 (doc. # 48), this matter was referred to the Magistrate Judge. The court has reviewed Fogle's motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

A "party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. . . ." Fed. R. Civ. P. 15(a). Here, Defendants Pierson, Bokros, Meskimen, Fosnot, Norton, Clarkson, Wierzbicki, McMonagle, Nickels, Slack, Hunter, Carroll, Comb, and Egan have filed a responsive pleading, their "Combined Answer" (doc. # 34). *See* Fed. R. Civ. P. 7(a). "Otherwise, a party may amend the party's pleading only by leave or court or by written consent of the adverse party; and leave shall be freely given when justice so requires." Fed. R. Civ. P. 15(a).

On May 19, 2006, the District Court ordered that "any further efforts to serve the complaint may be suspended until the United States Supreme Court rules on plaintiff's

1

Petition for a Writ of Certiorari." (*See* "Order on Plaintiff's 'Letter to Judge Figa' Filed April 25, 2006" (doc. # 32)). Defendants' Motions to Dismiss (docs. # 35 and # 36) remain pending until determination of Fogle's Petition for Writ of Certiorari. (*See* Order dated July 5, 2006 (doc. # 42)). Fogle's responses to Defendants Motions to Dismiss shall be filed within thirty (30) days after a ruling on the Petition for Writ of Certiorari. (*See* Minute Order dated June 19, 2006 (doc. # 38)). Fogle seeks to amend "his original prisoner Complaint after the Supreme Court of the United States has ruled in his case." (Plaintiff's Motion to Supplement or Amend at p. 2). As this court has not yet received notice that the Supreme Court has ruled on Fogle's Petition for a Writ of Certiorari, Fogle's request to amend his complaint appears premature at this time.

The court may also deny a motion to amend a complaint for failure to submit the proposed amendment. *See Zaidi v. Ehrlich*, 732 F.2d 1218, 1220 (5th Cir. 1984) (district court should have held motion to amend in abeyance pending submission of plaintiff's proposed amendment); *Bownes v. City of Gary, Indiana*, 112 F.R.D. 424, 425 (N.D. Ind. 1986) ("common sense" dictates that a party seeking leave to amend should accompany his motion with a copy of the proposed amended complaint); *Williams v. Wilkerson*, 90 F.R.D. 168, 170 (E.D. Va. 1981) (where plaintiff sought leave to amend, a copy of the proposed amended pleading must be attached to the motion). While Fogle has briefly described what he wishes to add to his Complaint, he has not attached a copy of a complete proposed Amended Complaint.

Accordingly, IT IS ORDERED that:

1.     Fogle's "Motion to Supplement or Amend Prisoner Complaint" (filed August

4, 2006) (doc. # 46) is DENIED without prejudice to refiling after the United States Supreme Court has ruled on his Petition for a Writ of Certiorari.  Any further motion to amend the Prisoner Complaint (doc. # 3) shall be accompanied by a copy of the proposed Amended Complaint.

DATED at Denver, Colorado this 8th day of August, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge