**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 05-cv-01211-PSF-CBS** | **FTR**-Reporter Deck Courtroom A402 |
| **Date: January 10, 2007** | **Courtroom Deputy:** Ben Van Dyke |

RONALD JENNINGS FOGLE,                             Pro se, via telephone

    **Plaintiff,**

    v.

CAPTAIN PIERSON, C.D.O.C., Committee Member      Nicole S. Gellar
and Chairperson at (D.R.D.C.), *et al.,*

    **Defendant.**

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTIONS HEARING**
**Court in Session:      3:30 p.m.**
Court calls case. Appearances of counsel and pro se plaintiff.

**ORDERED:** Plaintiff's oral motion to withdraw without prejudice Plaintiff's Motion for Permission to File an Supplemental to the Original Prisoner Complaint [filed December 8, 2006; doc. 58] is granted. The motion is hereby withdrawn without prejudice.

**ORDERED:** Deadline for Amendment of pleadings/Joinder of parties: February 28, 2007.

    **Discovery Cut-off: May 14, 2007.**

    **Dispositive Motions deadline: June 11, 2007.**

    **Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served no later April 10, 2007.**

**ORDERED:** Defendant Riddle shall answer or otherwise respond to the complaint by January 19, 2007.

HEARING CONCLUDED.

**Court in Recess**:     **4:06 p.m.**
Total In-Court Time:    00:36