IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01211-PSF-CBS

RONALD JENNINGS FOGLE,
    Plaintiff,
v.

CAPTAIN PIERSON, *et al.*,
    Defendants.

## ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Fogle's letter requesting the court to "stay all hearings until the Supreme Court of the United States has ruled on my Petition for Rehearing" (filed January 9, 2007) (doc. # 68) (docketed by the Clerk of the Court as Fogle's "Motion to Stay").  Pursuant to the Order of Reference dated April 17, 2006 (doc. # 26) and the memorandum dated January 9, 2007 (doc. # 69), this matter was referred to the Magistrate Judge.  At the hearing held on January 10, 2007, the court denied Fogle's "Motion to Stay."  Accordingly,

    Fogle's "Motion to Stay" (filed January 9, 2007) (doc. # 68) was DENIED on January 10, 2007 in open court.

    DATED at Denver, Colorado this 16th day of January, 2007.

                                        BY THE COURT:

                                        s/Craig B. Shaffer
                                        United States Magistrate Judge