IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01211-PSF-CBS

RONALD JENNINGS FOGLE,

      Plaintiff,

v.

CAPTAIN PIERSON, C.DOC, Committee Member and Chairperson at (D.R.D.C.);
WILLIAM BOKROS, C.DOC, Administrative Head/Director at (D.R.D.C.);
LT. GEORGE MESKIMEN, C.DOC, Initiating Employee at (D.R.D.C.);
FOSNOT, C.DOC, Case Manager, Committee Member at (D.R.D.C.);
S. EGAN, C.DOC, Case Manager, Committee Member at (D.R.D.C.);
LT. NORTON, C.DOC, Programmer at (D.R.D.C.);
UNKNOWN DEFENDANT #1, C.DOC, Correctional Officer at (D.R.D.C.);
UNKNOWN DEFENDANT #2, C.DOC, Correctional Officer at (D.R.D.C.);
UNKNOWN DEFENDANT #3, C.DOC, Correctional Officer at (D.R.D.C.);
JOHN R. CLARKSON, C.DOC, Committee Member at (S.C.F.);
C. WIERZHICKI, C.DOC, Committee Member at (S.C.F.);
McMONAGLE, C.DOC, Case Manager, Committee Member at (S.C.F.);
PAUL WILLIAM, C.DOC, Committee Member at (S.C.F.);
T. CHASE, C.DOC, Administrative Head at (S.C.F.);
NICHELS, C.DOC, Case Manager, Committee Member at (S.C.F.);
M. EMILY, C.DOC, Administrative Head at (S.C.F.);
CATHY SLACK, C.DOC, Administrative Head at (D.S.P.);
V. RIDDLE, C.DOC, Committee Chairperson at (D.S.P.);
J. HUNTER, C.DOC, Case Manager, Committee Member at (C.S.P.);
J. CARROLL, C.DOC, Committee Chairperson at (C.S.P.);
D. COMB, C.DOC, Case Manager, Committee Member at (C.S.P.); and
JOE ORTIZ, C.DOC, Executive Director,

      Defendants.

---

## ORDER ON PLAINTIFF'S SUPPLEMENTAL OBJECTIONS

---

      This matter comes before the Court on plaintiff's Supplemental Objections to

Recommendation of Magistrate Judge (Dkt. # 76) filed January 29, 2007.

On January 29, 2007, this Court entered its Order (Dkt. # 77) accepting the

Recommendation of the Magistrate Judge, which had been entered on January 8, 2007

(Dkt. # 67), and granted the Motion to Dismiss filed by Defendant Joseph Ortiz and the

Motion to Dismiss in Part filed by certain other defendants.  Plaintiff's Supplemental

Objections was filed the same day.  The Court treats the plaintiff Supplemental

Objections as a motion to reconsider this Court's Order of January 29, 2007.

The Supplemental Objections appears to address the issue of whether plaintiff

can be denied "earned time" credits while he was in administrative segregation.  As this

Court noted in its Order, the issue was decided by the Tenth Circuit in plaintiff's appeal.

*See Fogle v. Pierson,* 435 F.3d 1252, 1262 (10th Cir.), *cert. denied,* 127 S.Ct. 675

(2006) ("Fogle contends that his due process rights were violated when he was denied

the opportunity to earn 'earned time' credits while in administrative segregation.  This

claim was properly dismissed as frivolous, as Fogle has no constitutionally-protected

liberty interest in earning the credits.").

Accordingly, Plaintiff's Supplemental Objections (Dkt. # 76) are OVERRULED

and to the extent the filing constitutes a motion, it is DENIED.

DATED: January 30, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____

Phillip S. Figa
United States District Judge