**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 05-cv-01211-PSF-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  April 19, 2007** | **Courtroom Deputy:** Ben Van Dyke |

RONALD JENNINGS FOGLE,                                    Pro se, via telephone

    **Plaintiff,**

    v.

CAPTAIN PIERSON, C.D.O.C., Committee Member           Nicole S. Gellar
and Chairperson at (D.R.D.C.), *et al.,*

    **Defendant.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   STATUS CONFERENCE**
**Court in Session:      10:05 a.m.**
Court calls case.  Appearances of defense counsel and pro se plaintiff.

The parties discuss the status of the case with the Court.

**ORDERED:**   Plaintiff's oral motion to withdraw without prejudice Plaintiff's Motion for Permission to File an Amended/Supplemental to the Original Prisoner Complaint [filed February 26, 2007; doc. 88] is granted.  The motion is hereby withdrawn without prejudice.

**ORDERED:**   Defendants' Motion for Leave to Depose Plaintiff [filed April 17, 2007; doc. 94] is granted for the reasons stated on the record.

HEARING CONCLUDED.

**Court in Recess:       10:38 a.m.**
Total In-Court Time:      00:33