IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01211-PSF-CBS

RONALD JENNINGS FOGLE,

    Plaintiff,

v.

CAPTAIN PIERSON, C.DOC, Committee Member and Chairperson at (D.R.D.C.);
WILLIAM BOKROS, C.DOC, Administrative Head/Director at (D.R.D.C.);
LT. GEORGE MESKIMEN, C.DOC, Initiating Employee at (D.R.D.C.);
FOSNOT, C.DOC, Case Manager, Committee Member at (D.R.D.C.);
S. EGAN, C.DOC, Case Manager, Committee Member at (D.R.D.C.);
LT. NORTON, C.DOC, Programmer at (D.R.D.C.);
UNKNOWN DEFENDANT #1, C.DOC, Correctional Officer at (D.R.D.C.);
UNKNOWN DEFENDANT #2, C.DOC, Correctional Officer at (D.R.D.C.);
UNKNOWN DEFENDANT #3, C.DOC, Correctional Officer at (D.R.D.C.);
JOHN R. CLARKSON, C.DOC, Committee Member at (S.C.F.);
C. WIERZHICKI, C.DOC, Committee Member at (S.C.F.);
McMONAGLE, C.DOC, Case Manager, Committee Member at (S.C.F.);
PAUL WILLIAM, C.DOC, Committee Member at (S.C.F.);
T. CHASE, C.DOC, Administrative Head at (S.C.F.);
NICHELS, C.DOC, Case Manager, Committee Member at (S.C.F.);
M. EMILY, C.DOC, Administrative Head at (S.C.F.);
CATHY SLACK, C.DOC, Administrative Head at (D.S.P.);
V. RIDDLE, C.DOC, Committee Chairperson at (D.S.P.);
J. HUNTER, C.DOC, Case Manager, Committee Member at (C.S.P.);
J. CARROLL, C.DOC, Committee Chairperson at (C.S.P.);
D. COMB, C.DOC, Case Manager, Committee Member at (C.S.P.); and
JOE ORTIZ, C.DOC, Executive Director,

    Defendants.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that the Joint Motion to Amend the Scheduling Order (*doc. no. 98)* is **GRANTED**.  The discovery deadline is extended to **June 4, 2007** and the dispositive motion deadline is extended to **July 6, 2007**.

**DATED:**    May 15, 2007