IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01211-PSF-CBS

RONALD JENNINGS FOGLE,
    Plaintiff,
v.

CAPTAIN PIERSON, *et al.*,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on: (1) Mr. Fogle's "Motion to Strike Defendant[s'] Motion for Summary Judgment" (filed July 23, 2007) (doc. # 118); and (2) Mr. Fogle's "Amended Motion to Strike Defendant[s'] Motion for Summary Judgment and Request for Production of Defendants' Enlargement of Time Motions" (filed July 23, 2007) (doc. # 119). Pursuant to the Order of Reference dated April 17, 2006 (doc. # 26) and the memoranda dated February 24, 2007 (docs. # 120 and # 121), the motions were referred to the Magistrate Judge. The court has reviewed the motions, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Mr. Fogle asks the court to strike Defendants' Combined Motion for Summary Judgment (doc. # 112) because he alleges that it was untimely filed. The record refutes Mr. Fogle's allegation of untimeliness.

    On May 15, 2007, pursuant to a motion joined by Mr. Fogle (doc. # 98), the court extended the deadline for filing dispositive motions to July 6, 2007. (*See* doc. # 100). On July 6, 2007, Defendants timely requested an extension of time of five business days, up to and including July 13, 2007 to file their dispositive motion. (*See* doc. # 108). On July 9, 2007, District Judge Figa referred the Defendants' motion to Magistrate Judge Shaffer for ruling. (*See* doc. # 109). On July 9, 2007, Magistrate Judge Shaffer granted

Defendants the requested extension of time of five business days, up to and including July 13, 2007 to file their dispositive motion.  (*See* doc. # 110).

Defendants timely filed their Combined Motion for Summary Judgment on July 13, 2007. (*See* doc. # 112).  Mr. Fogle mistakenly states that Defendants' Combined Motion for Summary Judgment was filed on July 16, 2007, referring to the memorandum from District Judge Figa to Magistrate Judge Shaffer that was filed on July 16, 2007.  (*See* Amended Motion to Strike (doc. # 119) at ¶ 4, p. 5 of 11; *see also* doc. # 113).  On July 16, 2007, Mr. Fogle filed his objection to Magistrate Judge Shaffer's order granting Defendants' request for an extension of time.  On July 19, 2007, District Judge Figa overruled Mr. Fogle's objections, stating that "there is no reason to believe plaintiff will be prejudiced by any delay. . . ."  (*See* doc. # 117).

As the record demonstrates that Defendants' Combined Motion for Summary Judgment was timely filed, IT IS ORDERED that:

1. Mr. Fogle's "Motion to Strike Defendant[s'] Motion for Summary Judgment" (filed July 23, 2007) (doc. # 118) is DENIED.

2. Mr. Fogle's "Amended Motion to Strike Defendant[s'] Motion for Summary Judgment and Request for Production of Defendants' Enlargement of Time Motions" (filed July 23, 2007) (doc. # 119) is DENIED.

3. As set forth in the court's Minute Order dated July 16, 2007 (doc. # 115), Mr. Fogle's response to Defendants' Combined Motion for Summary Judgment remains due on or before August 11, 2007.

DATED at Denver, Colorado, this 25th day of July, 2007.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge