IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01211-PSF-CBS

RONALD JENNINGS FOGLE,
        Plaintiff,
v.

CAPTAIN PIERSON, *et al.*,
        Defendants.

_____

ORDER

_____

Magistrate Judge Craig B. Shaffer

        This civil action comes before the court on: (1) Mr. Fogle's "Motion to Strike Defendant[s'] Motion for Summary Judgment" (filed July 25, 2007) (doc. # 124); and (2) Mr. Fogle's "Amended Motion to Strike Defendant[s'] Motion for Summary Judgment and Request for Production of Defendants' Enlargement of Time Motions" (filed July 25, 2007) (doc. # 125).  Pursuant to the Order of Reference dated April 17, 2007 (doc. # 26) and the memoranda dated July 27, 2007 (docs. # 128 and # 129), these matters were referred to the Magistrate Judge.  The court notes that docs. # 124 and # 125 are duplicates of the Motions that were filed on July 23, 2007 (docs. # 118 and # 119) and ruled on by the court on July 25, 2007 (doc. # 123) and are thus moot.

        Further, Mr. Fogel has been submitting copies of his filings to the Tenth Circuit Court of Appeals.  Mr. Fogle's first appeal was concluded on March 27, 2006 and his second appeal was dismissed on March 23, 2007 (*see* doc. # 91).

        Accordingly, IT IS ORDERED that:

        1.      Mr. Fogle's "Motion to Strike Defendant[s'] Motion for Summary Judgment" (filed July 25, 2007) (doc. # 124) is MOOT.

        2.      Mr. Fogle's "Amended Motion to Strike Defendant[s'] Motion for Summary Judgment and Request for Production of Defendants' Enlargement of Time Motions" (filed

1

July 25, 2007) (doc. # 125) is MOOT.

     3.    As Mr. Fogle's first appeal was concluded on March 27, 2006 (*see* doc. # 22) and his second appeal was dismissed on March 23, 2007 (doc. # 91), Mr. Fogle need not submit copies of his filings to the Tenth Circuit Court of Appeals.

     DATED at Denver, Colorado, this 27th day of July, 2007.

                BY THE COURT:


                ___s/Craig B. Shaffer_____
                United States Magistrate Judge