IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01211-PSF-CBS

RONALD JENNINGS FOGLE,
    Plaintiff,
v.

CAPTAIN PIERSON, *et al.*,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Fogle's "Motion for Order to Stay and Abey [sic] Plaintiff's Response to Defendants' Combined Motion for Summary Judgment" (filed July 24, 2007) (doc. # 126). Pursuant to the Order of Reference dated April 17, 2006 (doc. # 26) and the memorandum dated July 27, 2007 (doc. # 128), this matter was referred to the Magistrate Judge. Mr. Fogle asks the court to "stay and abey [sic] the deadline date for a response from plaintiff to the defendants' motion for summary judgment, until all outstanding motion [sic] listed above are ruled upon." (*See* doc. # 126 at pp. 2-3). The motion listed by Mr. Fogle as a) was docketed as a response (*see* doc. # 114). The motions listed as b), d), and e) have been denied by Orders dated July 19, 2007 and July 25, 2007. (*See* docs. # 117 and # 123). The court having reviewed Mr. Fogle's Motion and the entire case file, IT IS ORDERED that:

    1.    Mr. Fogle's "Motion for Order to Stay and Abey Plaintiff's Response to Defendants' Combined Motion for Summary Judgment" (filed July 24, 2007) (doc. # 126) is GRANTED IN PART.

    2.    On or before August 2, 2007, Defense counsel shall re-mail to Mr. Fogle copies of "Defendants' Motion for an Extension of Time to File Dispositive Motions" (doc. # 108) and "Defendants' Combined Motion for Summary Judgment" (doc. # 112).

3.      The deadline for Mr. Fogle's response to Defendants' Combined Motion for Summary Judgment is hereby *extended to September 10, 2007*.

DATED at Denver, Colorado, this 30th day of July, 2007.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge