IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01211-PSF-CBS

RONALD JENNINGS FOGLE,
    Plaintiff,
v.

CAPTAIN PIERSON, *et al.*,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Mr. Fogle's "Supplemental Second (2nd) Motion to Strike Defendants' Summary Judgment Motion and Motion for Appointment of Counsel" (filed July 27, 2007) (doc. # 130). Pursuant to the Order of Reference dated April 17, 2006 (doc. # 26) and the memorandum dated July 30, 2007 (doc. # 132), this matter was referred to the Magistrate Judge. For the reasons stated in previous orders (*see, e.g.,* docs. # 45, # 107, # 117, # 123, # 131), IT IS ORDERED that:

    1.    Mr. Fogle's "Supplemental Second (2nd) Motion to Strike Defendants' Summary Judgment Motion and Motion for Appointment of Counsel" (filed July 27, 2007) (doc. # 130) is DENIED.

    2.    **Mr. Fogle's response to Defendants' Combined Motion for Summary Judgment shall be filed on or before September 10, 2007**.

DATED at Denver, Colorado, this 30th day of July, 2007.

BY THE COURT:

    s/Craig B. Shaffer
    United States Magistrate Judge