IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01211-PSF-CBS

RONALD JENNINGS FOGLE,
        Plaintiff,
v.

CAPTAIN PIERSON, *et al.*,
        Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

        This civil action comes before the court on Mr. Fogle's duplicate filing of his
"Supplemental Second (2nd) Motion to Strike Defendants' Summary Judgment Motion and
Motion for Appointment of Counsel" (filed July 30, 2007) (doc. # 135).  Pursuant to the
Order of Reference dated April 17, 2006 (doc. # 26) and the memorandum dated August
2, 2007 (doc. # 136), this matter was referred to the Magistrate Judge.  The court having
reviewed the matter and the entire case file and being sufficiently advised in the premises,
IT IS ORDERED that:

        1.      Mr. Fogle's duplicate filing of his "Supplemental Second (2nd) Motion to
Strike Defendants' Summary Judgment Motion and Motion for Appointment of Counsel"
(filed July 30, 2007) (doc. # 135) is STRICKEN.

        2.      As Mr. Fogle's first appeal was concluded on March 27, 2006 (*see* doc. # 22)
and his second appeal was dismissed on March 23, 2007 (doc. # 91), Mr. Fogle need not
continue to submit copies of his filings to the Tenth Circuit Court of Appeals

        3.      Any further duplicate copies of motions filed by Mr. Fogle in the Tenth Circuit
and forwarded to this court may be STRICKEN by the Clerk of the Court.

1

DATED at Denver, Colorado, this 2nd day of August, 2007.

BY THE COURT:


    s/Craig B. Shaffer
United States Magistrate Judge