IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01211-PSF-CBS

RONALD JENNINGS FOGLE,
    Plaintiff,
v.

CAPTAIN PIERSON, *et al.*,
    Defendants.

___

ORDER
___

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on "Plaintiff's Objection 'and' Motion to Strike Defendants' Reply to Response to Motion for Summary Judgment" (filed November 7, 2007) (doc. # 161). Pursuant to the Order of Reference dated April 17, 2006 (doc. # 26) and the memorandum dated November 13, 2007 (doc. # 162), this matter was referred to the Magistrate Judge. The court has reviewed the matters and the entire case file and is sufficiently advised in the premises.

On September 24, 2007, the court granted "Defendants' Motion for an Extension of Time to File a Reply to Plaintiff's Response to the Motion for Summary Judgment" (doc. # 143). (*See* doc. # 145). Based on the issues raised in "Plaintiff's Response to Defendants' Combined Motion for Summary Judgment," the court further permitted Defendants to file their Reply on or before October 26, 2007. (*See* doc. # 149). The Motion for Summary Judgment was fully briefed as of the filing of Defendants Reply on October 26, 2007 (doc. # 151). In an Order dated November 1, 2007 (doc. # 160), the court noted that it has not sustained any of Mr. Fogle's objections to the briefing schedule and that it need not entertain any more objections from Mr. Fogle regarding the briefing schedule that is now concluded.

Accordingly, IT IS ORDERED that:

1. "Plaintiff's Objection" (filed November 7, 2007) (doc. # 161) is noted as his surreply to Defendants' Reply (doc. # 151).

2. Plaintiff's "Motion to Strike Defendants' Reply to Response to Motion for Summary Judgment" (filed November 7, 2007) (doc. # 161) is DENIED.

3. The Motion for Summary Judgment (doc. # 112) is fully briefed and **no further briefing** will be accepted by the court.

DATED at Denver, Colorado, this 14th day of November, 2007.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge