IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01211-MSK-CBS

RONALD JENNINGS FOGLE,

    Plaintiff,

v.

CATHY SLACK, C.DOC,
Administrative Head at (C.S.P.);
V. RIDDLE, C.DOC,
Committee Chairperson at (C.S.P.);
J. HUNTER, C.DOC,
Case Manager, Committee Member at (C.S.P.);
J. CARROLL, C.DOC,
Committee Chairperson at (C.S.P.);
D. COMB, C.DOC,
Case Manager, Committee Member at (C.S.P.); and

    Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendants' Motion to Vacate and Re-set Settlement Conference is **GRANTED**. The settlement conference set for May 28, 2008 is **VACATED** and **RESET** for **June 24, 2008, at 1:30 p.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    Plaintiff, or his case manager, shall arrange for his participation via telephone and shall call **(303) 844-2117** at the scheduled time.

    IT IS FURTHER ORDERED that parties are to submit their respective confidential settlement statements on or before **June 17, 2008**. Each statement should contain the following:

    1.    A candid assessment of the of the case from the presenter's point of view;
    2.    A summary of the evidence which supports that side's claims;
    3.    Remarks toward any perceived weaknesses in the case;
    4.    Present a demand or offer each client will accept or pay in settlement

> *(including any essential non-economic terms)*; and
> 5. Any observations or additional information which would be helpful to the magistrate in assisting the parties to negotiate a settlement.

Counsel for the Defendants shall e-mail a Confidential Settlement Statement, not to exceed fifteen (15) pages (including any attachments), in PDF format to **Shaffer_Chambers@cod.uscourts.gov**. Statements that are <u>over</u> fifteen (15) pages are to be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PERSONAL".

Mr. Fogle shall submit his confidential settlement statement, via U.S. Mail on paper and marked "PERSONAL," addressed directly to Magistrate Judge Shaffer at 901 19th Street, Denver, Colorado 80202.

IT IS FURTHER ORDERED that counsel shall have parties present who shall have **full authority** to negotiate *all* terms and demands presented by the case, and full authority to enter into a settlement agreement, including an adjustor if an insurance company is involved. "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet or pay all terms or amounts which are demanded or sought by the other side of the case without consulting with some other person, committee or agency.

**DATED:**      May 16, 2008