IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 05-cv-01211-MSK-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: July 31, 2008 | Courtroom Deputy: Ben Van Dyke |

RONALD JENNINGS FOGLE, *Pro se*, via telephone

**Plaintiff,**

v.

CATHY SLACK, C.D.O.C., Edward T. Farry, Jr.
Administrative Head at (C.S.P.), *et al.,*

**Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** MOTIONS HEARING
**Court in Session:** 8:27 a.m.
Court calls case. Appearances of defense counsel and *pro se* plaintiff.

Plaintiff informs the court that he has not been able to obtain counsel at this point, and that the counsel he believed would enter an appearance has declined representing him.

**ORDERED:** Defendants' Motion to Strike Plaintiff's "Related Back" Amended/Supplemental to the Original Prisoner Complaint [filed June 16, 2008; doc. 183] is granted for the reasons stated on the record. Plaintiff's "Related Back" Amended/Supplemental to the Original Prisoner Complaint [filed June 9, 2008; doc. 182] is hereby stricken.

The court discussed settlement with the parties, and based on plaintiff's position settlement is not possible at this time.

HEARING CONCLUDED.

**Court in recess:** 8:40 a.m.
Total time in court: 00:13