**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 05-cv-01211-MSK-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: September 11, 2008 | Courtroom Deputy: Ben Van Dyke |

RONALD JENNINGS FOGLE,                 *Pro se*, via telephone

    **Plaintiff,**

    v.

CATHY SLACK, C.D.O.C.,                  Edward T. Farry, Jr.
Administrative Head at (C.S.P.), *et al.,*

    **Defendants.**

___

### COURTROOM MINUTES/MINUTE ORDER
___

**HEARING: PRELIMINARY FINAL PRETRIAL CONFERENCE**
**Court in Session:** 1:28 p.m.
Court calls case. Appearances of defense counsel and *pro se* plaintiff.

The court discusses the Motion for Leave to Depose Witnesses and Defendants [filed August 5, 2008; doc. 195] with plaintiff, Mr. Fogle.

**ORDERED:** Plaintiff's oral motion to withdraw the Motion for Leave to Depose Witnesses and Defendants [filed August 5, 2008; doc. 195] is granted. The motion (*doc. 195*) is hereby withdrawn.

The court discusses the submission of a revised final pretrial order and Judge Krieger's practice standards for this submission with the parties.

The court discusses the remaining three claims with the parties and provides insights on how the parties may properly set out the elements of these claims.

The court discusses plaintiff's proposed exhibits with Mr. Fogle.

The parties must submit one joint witness and joint exhibit list to the court.

**ORDERED:** Further Final Pretrial Conference set for September 26, 2008 at 10:45 a.m. Proposed final pretrial order due by September 23, 2008. Plaintiff and/or his case manager shall contact the court at (303) 844-2117 to participate in the conference.

HEARING CONCLUDED.
**Court in recess:** **2:13 p.m.**
Total time in court: 00:45