# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 05-cv-01211-MSK-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: September 26, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| RONALD JENNINGS FOGLE, | *Pro se*, via telephone |
| **Plaintiff,** | |
| v. | |
| CATHY SLACK, C.D.O.C., | Edward T. Farry, Jr. |
| Administrative Head at (C.S.P.), *et al.,* | |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: FINAL PRETRIAL CONFERENCE**
**Court in Session:** 10:40 a.m.
Court calls case. Appearances of defense counsel and *pro se* plaintiff.

The court discusses the Amended Motion for Leave to Depose Witnesses and Defendants' [filed September 16, 2008 ; doc. 201] with plaintiff.

**ORDERED:** The Amended Motion for Leave to Depose Witnesses and Defendants' [filed September 16, 2008 ; doc. 201] is denied without prejudice for the reasons stated on the record.

The parties discuss the proposed final pretrial.

The court recommends that the parties review Judge Krieger's civil practice standards and conform their final pretrial order to those standards. The parties must identify in the final pretrial order the witnesses and exhibits that support their claims.

The court discusses the proposed exhibits with the parties.

**ORDERED:** Plaintiff shall provide Mr. Farry, Jr. with the required information for the final pretrial order by October 14, 2008.

**ORDERED:** Further Final Pretrial Conference set for October 20, 2008 at 11:00 a.m. Plaintiff and/or his case manager shall contact the court at (303) 844-2117 to participate in the conference. A revised final pretrial order, consistent with the discussion on the record, is due by October 17, 2008 at 5:00 p.m.

HEARING CONCLUDED.
**Court in recess:** 10:55 a.m.
Total time in court: 00:15

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.