IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01211-MSK-CBS

RONALD JENNINGS FOGLE,
    Plaintiff,
v.

CATHY SLACK, C. DOC, Administrative Head at (C.S.P.);
V. RIDDLE, C. DOC, Committee Chairperson at (C.S.P.);
J. HUNTER, C. DOC, Case Manager, Committee Member at (C.S.P.);
J. CARROLL, C. DOC, Committee Chairperson at (C.S.P.); and
D. COMB, C. DOC, Case Manager, Committee Member at (C.S.P.),
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Mr. Fogle's "Motion for his Name to be Placed on the Volunteer Counsel List" (filed October 1, 2008) (doc. # 205). Pursuant to the Order of Reference dated April 17, 2006 (doc. # 26) and the memorandum dated November 7, 2008 (doc. # 214), this matter was referred to the Magistrate Judge. The court has reviewed the matter, the entire case file, and the applicable law and is sufficiently advised in the premises.

On April 4, 2008, the court placed this civil action on the list of cases for which counsel may volunteer. (*See* Order (doc. # 171)). The court advised Mr. Fogle that there is no guarantee that a lawyer will volunteer to represent him and that he must continue to proceed *pro se* as necessary. (*See* doc. # 171). While Mr. Fogle's case still remains on the list, to date no one has volunteered to represent Mr Fogle in this case. Accordingly,

IT IS ORDERED that Mr. Fogle's "Motion for his Name to be Placed on the Volunteer Counsel List" (filed October 1, 2008) (doc. # 205) is DENIED as moot.

DATED at Denver, Colorado, this 7th day of November, 2008.

1

BY THE COURT:


   s/Craig B. Shaffer
United States Magistrate Judge