IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-cv-01211-MSK-CBS

RONALD JENNINGS FOGLE,
Plaintiff,

vs.

CATHY SLACK, C.D.O.C.,
Administrative Head at (C.S.P.), *et al.,*
Defendants.

---

**ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR SERVICE OF SUBPOENAS AND PAYMENT OF WITNESS FEES AT GOVERNMENT EXPENSE**

---

THIS MATTER came before the Court at the status conference on June 16, 2010 on Plaintiff's Renewed Motion for Service of Subpoenas and Payment of Witness Fees at Government Expense Based Upon Plaintiff's In Forma Pauperis and Indigent Status.

1. On April 11, 2006 this Court entered an order that the summons, complaint and all other orders be served upon the Defendants by the U.S. Marshal with all costs of service to be advanced by the United States.

2. Plaintiff has been incarcerated by the Colorado Department of Corrections since the year 2000 and is indigent with only modest assistance from family members.

3. There are approximately 22 witnesses whom Plaintiff wishes to present at trial exclusive of himself and the Defendants.

4. The 10th Circuit Court of Appeals and this Court have determined as of this point that

Plaintiff's case has sufficient merit to proceed to a jury trial.

5. Defendants counsel at the status conference stated no objection to the Renewed Plaintiff's Motion for Service of Subpoenas and Payment of Witness Fees at Government Expense Based upon Plaintiff's in Forma Pauperis and Indigent Status.

IT IS ORDERED that Plaintiff's Renewed Motion for Service of Subpoenas and Payment of Witness Fees at Government Expense Based upon Plaintiff's in Forma Pauperis and Indigent Status (Doc. 278) is granted. The Court orders that the U.S. Marshal serve all subpoenas prepared by Plaintiff in this matter and that the witness fees and mileage incident thereto be paid by the United States.

Dated: June 24, 2010.
BY THE COURT:

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge