IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Kathryn H. Vratil

Date: July 12, 2010

Deputy Clerk: Kathleen Finney/Ginny Kramer
Court Reporter: Kara Spitler

Civil Action No. 05-cv-01211-KHV-CBS

| *Parties:* | *Counsel:* |
|---|---|
| RONALD JENNINGS FOGLE<br>    Plaintiff, | Thomas Elliott, Jr. |
| v. | |
| CATHY SLACK, et al.,<br>Administrative Head at (C.D.P.), et al.,<br>    Defendants. | Edward Farry, Jr.<br>Timothy Arnold |

COURTROOM MINUTES - TRIAL TO COURT - DAY ONE

Bench Trial: As to the tolling of the Statute of Limitations Issue.

**Court in Session: 9:08 a.m.**

Plaintiff is present in court, in custody.

Defendant V. Riddle is not present.

Appearances of counsel.

Discussion regarding bench trial issues.

Plaintiff's opening statement by A. Thomas Elliott, Jr.

Defendants' opening statement by Edward T. Farry, Jr.

9:20 a.m. Plaintiff Ronald J. Fogle, sworn.

9:21 a.m.   Direct examination by A. Thomas Elliott, Jr.

Exhibits 2, 69, 155, 157, 179, 3, 81, and 151 admitted.

**11:00 a.m.   Court is in recess.**
**11:19 a.m.   Court in session.**

11:19 a.m.     Direct examination continues of witness, Ronald J. Fogle, by A. Thomas Elliott, Jr.

Exhibits 120, 106, 166, 169, admitted.

**12:12 p.m. Court in recess.**
**1:22 p.m.  Court in session.**

1:23 p.m.      Cross examination of witness, Ronald J. Fogle, by Edward T. Farry, Jr.

2:16 p.m.       Redirect examination of witness, Ronald J. Fogle, by A. Thomas Elliott, Jr.

2:20 p.m.   Witness is excused.

2:21 p.m.   Plaintiff's witness Darlene Fogle, sworn.

2:23 p.m.   Direct examination of witness by A. Thomas Elliott, Jr.

2:32 p.m.   Witness is excused.

**2:33 p.m.      Court in recess**
**2:49 p.m.      Court in session.**

*( Courtroom Deputy - Ginny Kramer)*

2:50 p.m.      Plaintiff rests.

Defendant calls witness, Mr.  Joe Hunter.
Witness sworn.

2:49 p.m.      Direct examination of the witness, Mr. Joe Hunter, by Mr. Farry.

2:55 p.m.      Cross examination of the witness, Mr. Joe Hunter, by Mr. Elliott.

Witness is excused.

Defendant calls witness, Mr. Lowell Ferrel.
Witness sworn.

3:10 p.m.     Direct examination of the witness, Dr. Lowell Ferrel, by Mr. Farry.

3:22 p.m     Cross examination of the witness, Dr. Lowell Ferrel, by Mr. Elliott.

Witness is excused.

Defendant calls witness, Mr. Steve McMonagle.
Witness sworn.

3:44 p.m.     Direct examination of the witness, Mr. Steve McMonagle, by Mr. Farry.

Defendants offers Exhibit 185.
No objections.

**Exhibit 185 is admitted into evidence.**

3:57 p.m.     Cross examination of the witness, Mr. Steve McMonagle, by Mr. Farry.

Witness is excused.

4:12 p.m.     Defendant rests.

Plaintiff has no rebuttal evidence.

Argument by Mr. Elliott as to the continuing violation of due process issue.

Argument by Mr. Farry as to the continuing violation of due process issue.

Court and counsel discuss the signatures on Exhibits 106 through 120.

Defendant offers Exhibits 106 through 120.
No objections.

**Exhibits 106 through 120 are admitted into evidence.**

Argument by Mr. Elliott as to the issue of the plaintiff being denied access to law materials.

Argument by Mr. Farry as to the issue of the plaintiff being denied access to law materials.

**It was ORDERED:**

    1.    That the statue of the limitations issue is **taken under advisement.**

    2.    That the Court will issue a written order as to the plaintiff's claims.

**4:57 p.m.    Court in recess.**

Total in court time.  4 hours and 21 minutes
Trial concluded